# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

========================

## NO. 03-05-00677-CV

========================


**Jack H. Carr, Appellant**


**v.**


**The Women's Advocacy Project, Appellee**


========================================================================
### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. FM401015, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING
========================================================================


## M E M O R A N D U M   O P I N I O N


Appellant Jack H. Carr filed his notice of appeal in the trial court on October 21, 2005. The clerk's record was due in this Court on November 14 but was not received by that date. On December 7, the Clerk of this Court contacted the Travis County District Clerk, who informed this Court that appellant had not made payment arrangements for the clerk's record. On December 8, this Court notified appellant that the clerk's record was overdue and that his appeal would be dismissed for want of prosecution if he did not respond by December 19. Appellant informed this Court on December 15 that he would make payment arrangements for the clerk's record, but as of

January 25, 2006 he has not done so. We therefore dismiss the appeal for want of prosecution. *See*

Tex. R. App. P. 42.3.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed: January 31, 2006